IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF NORTH CAROLINA

| | |
|---|---|
| NARESH R. DAVE,<br><br>     Plaintiff,<br><br>v.<br><br>KIRIT PATEL, his wife<br>ZANKHANA PATEL, HASMUKHAL<br>PATEL, and KENCO<br>HOSPITALITY, INC. d/b/a<br>HOWARD JOHNSON INN, 1800<br>HILLANDALE ROAD, DURHAM,<br>NORTH CAROLINA,<br><br>     Defendants. | 1:10-cv-00971 |

ORDER

This matter is before the court on the parties' Joint Motion for Approval of Settlement Agreement. (Doc. 12.) The parties request that the court approve the settlement agreement executed by Naresh Dave and on behalf of Kirit Patel, Zankhana Patel, Hasmukhal Patel, and Kenco Hospitality, Inc. d/b/a Howard Johnson Inn, with respect to plaintiff's claims under the Fair Labor Standards Act ("FLSA"), 29 U.S.C. § 201, *et seq.* and the North Carolina Wage and Hour Act ("NCWHA") asserted in this case.

Based on the information presented, the court finds that the settlement is a fair and reasonable resolution of a bona

fide FLSA dispute, and that the relief requested in the Joint Motion for Approval of Settlement Agreement is appropriate.

IT IS THEREFORE ORDERED that the parties' Joint Motion for Approval of Settlement Agreement is GRANTED, the settlement agreement between the parties is APPROVED, and this action is hereby DISMISSED WITH PREJUDICE.

<pre>                                    /s/   Thomas D. Schroeder
                                    United States District Judge</pre>

June 6, 2011